UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL MYERS,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | CASE NO. 2:24-cv-01494-JHC<br><br>ORDER |

Before the Court is the parties' stipulated motion for a protective order. Dkt. # 10. Local Rule LCR 26(c)(2) provides that "[p]arties that wish to depart from [this district's] model [protective] order must provide the court with a redlined version identifying departures from the model." Here, the parties have not provided a redlined version of the stipulated protective order, which departs from the model. *See generally* Docket.

Accordingly, the Court ORDERS the parties to file a redlined version of their stipulated protective order that identifies any departures from the district's model protective order. The parties shall file the redlined version of the stipulated protective order by no later than January 22, 2025. The Clerk is DIRECTED to renote the parties' stipulated motion for a protective order (Dkt. # 10) to that date.

ORDER - 1

Dated this 15th day of January, 2025.

                                                     */s/ John H. Chun*
                                                     John H. Chun
                                                     United States District Judge

ORDER - 2