UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL MYERS,<br><br>        Plaintiff,<br><br>    v.<br><br>DELTA AIR LINES, INC., a Foreign Corporation,<br><br>        Defendant. | Case No.: 2:24-cv-01494-JHC<br><br>ORDER RE: TRIAL DATE |

Before the Court is the parties' Stipulated Motion to Continue Trial Date and Related Deadlines. Dkt. # 17. For the reasons presented in the motion, the Court sets trial in this matter for November 16, 2026. The Court DIRECTS the Clerk to issue a case scheduling order that sets standard pretrial deadlines, beginning with the deadline for Disclosure of Expert Testimony.

Dated this 14th day of October 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER RE: TRIAL DATE - 1