UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHERYL MYERS,

          Plaintiff,

    v.

DELTA AIR LINES, INC., a Foreign Corporation,

          Defendant.

Case No.:  2:24-cv-01494-JHC

ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE SCHEDULE DEADLINES

NOTE ON MOTION CALENDAR
**APRIL 10, 2026**

This matter comes before the Court upon the Stipulated Motion to Continue Case Schedule Deadlines.  Dkt. # 20.  The Court having reviewed and considered the file and pleadings in this case and being fully advised,

NOW THEREFORE, IT IS HEREBY ORDERED that the proposed deadlines below are now in effect:

| CASE EVENTS | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | 04/20/2026 | 06/1/2026 |
| All Motions Related to Discovery Must be Filed by | 05/20/2026 | 07/1/2026 |
| Discovery Completed by | 06/22/2026 | 07/31/2026 |
| Dispositive Motions and Motions Challenging Expert Witness Testimony Must be Filed by | 07/20/2026 | 08/20/2026 |

//

//

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CASE SCHEDULE DEADLINES - 1

Dated this 10th day of April, 2026.


John H. Chun
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CASE SCHEDULE DEADLINES - 2