UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHERYL MYERS,<br><br>Plaintiff,<br>v.<br><br>DELTA AIR LINES, INC., a Foreign Corporation,<br><br>Defendant. | Case No.: 2:24-cv-01494-JHC<br><br>ORDER RE: STIPULATED MOTION TO CONTINUE CASE SCHEDULE DEADLINES<br><br>NOTE ON MOTION CALENDAR<br>**AUGUST 21, 2026** |

This matter comes before the Court on the parties' Stipulated Motion to Continue Case Schedule Deadlines. Given the Court's calendar, trial in this matter is CONTINUED to **July 19, 2027**. The Court DIRECTS the Clerk to issue a standard scheduling order that includes pretrial deadlines, beginning with the discovery cutoff

DATED this 21st day of August, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE